914

No. 1917, Misc.   RUDERER v. UNITED STATES.   Ct. Cl. Certiorari denied.

No. 1920, Misc.   CRESPO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 1924, Misc.   OLINDE v. UNITED STATES; and

No. 1931, Misc.   VASQUEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 422 F. 2d 1314.

No. 1929, Misc.   SHERMAN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 1934, Misc.   OLSON v. CALIFORNIA ADULT AUTHORITY.   C. A. 9th Cir.   Certiorari denied.

No. 1936, Misc.   KAUPP v. KENNEDY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 1962, Misc.   YOUNG v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 1982, Misc.   DALE v. UNITED STATES ET AL.   Ct. Mil. App.   Certiorari denied.

No. 52, Misc.   STEINHAUER v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 24.   WALLER v. FLORIDA, 397 U. S. 387; and

No. 131.   DANDRIDGE, CHAIRMAN, MARYLAND BOARD OF PUBLIC WELFARE, ET AL. v. WILLIAMS ET AL., 397 U. S. 471.   Petitions for rehearing denied.